**No. 60268.**—E. H. Ashley & Co., Inc. *v.* United States, protests 184684–K, etc. (Providence).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

**No. 60269.**—John F. Allen & Son, Inc. *v.* United States, protest 265808–K (Providence).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of glass stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

**No. 60270.**—Astra Trading Corp. et al. *v.* United States, protests 252832–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).